UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LEVAR D'ANTONY LEARY
        Plaintiff(s)
  v.
AMY FITZHUGH; JUDGE KNOX; JUDGE GRAY
        Defendant(s)

**Judgment in a Civil Case**

Case Number: 5:10-CT-3055-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for failure to respond to this court's order.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on May 10, 2011, with service on:
Levar D'Antony Leary  326191, Wake County Jail, P.O. Box 2419, Raleigh, NC  27602 (via U.S. Mail)

May 10, 2011

/s/ Dennis P. Iavarone
Clerk